UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| TRAVIS SCOTT, | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | CAUSE NO. 3:08-CV-206 RM |
| v. | ) | |
| | ) | |
| DR. ISRAEL, | ) | |
| | ) | |
| Defendant | ) | |

OPINION AND ORDER

This matter is before the court to *sua sponte* to reconsider the screening order dated July 22, 2008 (docket # 9). Travis Scott, a *pro se* prisoner, was granted leave to proceed against Dr. Israel in his official capacity for injunctive relief. Since that order was issued, Mr. Scott has been transferred from the Westville Correctional Facility to the New Castle Correctional Facility. "If a prisoner is transferred to another prison, his request for injunctive relief against officials of the first prison is moot unless he can demonstrate that he is likely to be retransferred." Higgason v. Farley, 83 F.3d 807, 811 (7th Cir. 1996) (quotation marks and citations omitted).

Though there is no indication in this record that Mr. Scott will be retransferred to the Westville Correctional Facility, the court will afford him the opportunity to show cause why the injunctive relief claim should not be dismissed along with Dr. Israel in his official capacity.

For the foregoing reasons, the court GRANTS Travis Scott to and including November 12, 2008 to show cause why the injunctive relief claim and Dr. Israel in his

official capacity should not be dismissed. He is CAUTIONED that if he does not respond to this order, the injuctive relief claim and Dr. Israel in his official capacity will be dismissed without further notice.

SO ORDERED.

ENTERED: October  14 , 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court